IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TERRY CARTRETTE TINDALL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION |
| | : | NO. 5:10-cv-44 |
| H&S HOMES, LLC, HORTON | : | |
| HOMES, INC., HORTON INDUSTRIES, | : | |
| INC., N. DUDLEY HORTON, JR., | : | |
| STEVE M. SINCLAIR, BEST VALUE | : | |
| HOUSING, INC., HORTON-AMERICAN | : | |
| PROPERTIES, LLC, TRIANGLE HOMES, | : | |
| LLC, REGAL HOMES, LLC, NEW | : | |
| GENERATION HOMES, LLC, | : | |
| AMERICAN REAL ESTATE | : | |
| INVESTMENT COMPANY, LTD., L.P., | : | |
| THE MAUDE H. HICKS FAMILY TRUST, | : | |
| THE N. D. HORTON REVOCABLE | : | |
| TRUST, and THE ROBERT DUDLEY | : | |
| HORTON TRUST, | : | |
| | : | |
| Defendants. | : | |

## AMENDMENT TO COMPLAINT

Pursuant to this Court's Order of February 10, 2010 and Federal Rules of Civil Procedure Rule 15(a)(1)(A), Plaintiff amends her complaint by adding new subparagraphs as follows:

2(a).

Horton Industries, Inc. is incorporated in and a citizen of the State of Georgia. It has its principal place of business at 101 Industrial Boulevard, Eatonton, Georgia.

3(a).

Horton Homes, Inc. is incorporated in and a citizen of the State of Georgia. It has its principal place of business at 101 Industrial Boulevard, Eatonton, Georgia.

4(a).

H&S Homes, LLC is a Georgia limited liability company. Its sole member is Horton Homes, Inc. which is a citizen of the State of Georgia. H&S Homes, LLC is a citizen of the State of Georgia and has its principal place of business at 101 Industrial Boulevard, Eatonton, Georgia.

5(a).

N. Dudley Horton, Jr. is domiciled in and a citizen of Eatonton, Putnam County, Georgia.

6(a).

Steve M. Sinclair is domiciled in and a citizen of Eatonton, Putnam County, Georgia.

7(a).

Best Value Housing, Inc. is a Georgia corporation having its principal place of business at 101 Industrial Boulevard, Eatonton, Georgia. It is a citizen of the State of Georgia.


8(a).

Horton-American Properties, LLC is a Georgia limited liability company.  Its only two members are Horton Homes, Inc. and American Real Estate Investment Company, Ltd., each of which are citizens of the State of Georgia.  Horton-American is a citizen of the State of Georgia having its principal place of business within the State of Georgia.

9(a).

Triangle Homes, LLC is a Georgia limited liability company.  Its sole member is Horton Industries, Inc., a citizen of the State of Georgia.  Triangle is a citizen of the State of Georgia and has its principal place of business at 101 Industrial Boulevard, Eatonton, Georgia.

10(a).

Regal Homes, LLC is a Georgia limited liability company.  Its sole member is Triangle Homes, LLC, a citizen of the State of Georgia.  Regal is a citizen of the State of Georgia and has its principal place of business in Eatonton, Putnam County, Georgia.

11(a).

New Generation Homes, LLC is a North Carolina limited liability company.  Its sole member is Triangle Homes, LLC, which is a citizen of the State of Georgia.  It has its principal office at 101 Industrial Boulevard, Eatonton, Georgia.  It is not a citizen of South Carolina.

12(a).

American Real Estate Investment Company, Ltd., L.P. is a Georgia partnership having its principal place of business in the State of Georgia. Its partners are N. D. Horton, Jr., James M. Reynolds, III, and RJ&J Enterprises, all of whom are domiciled in and citizens of the State of Georgia.

13(a).

The Maude H. Hicks Family Trust is a trust created in the State of Georgia. N. Dudley Horton, Jr. is the Trustee and a citizen of the State of Georgia. All the Trust fund members and beneficiaries are citizens of the State of Georgia.

14(a).

The N. D. Horton Revocable Trust is a trust created in the State of Georgia. N. Dudley Horton, Jr. is the Trustee and a citizen of the State of Georgia. All the Trust fund members and beneficiaries are citizens of the State of Georgia.

15(a).

The Robert Dudley Horton Trust is a trust created in the State of Georgia. N. Dudley Horton, Jr. is the Trustee and a citizen of the State of Georgia. All the Trust fund members and beneficiaries are citizens of the State of Georgia.

16(a).

None of the defendants reside in, are domiciled in or are citizens of the State of South Carolina.

75.

The fraud of the defendants have caused Plaintiff great mental anguish, pain and suffering for which Plaintiff is entitled to damages determined by the enlightened conscience of the jury.

WHEREFORE, Plaintiff prays and moves that her complaint be so amended.

Respectfully submitted, this 11th day of February, 2010.

|  |  |
|---|---|
|  | **/s/   F. Kennedy Hall** |
|  | F. Kennedy Hall |
|  | Georgia State Bar No. 318400 |
| P. O. Box 5088 |  |
| Macon, Georgia 31208-5088 |  |
|  | **/s/   Richard M. Lovelace, Jr.** |
| LAW OFFICES OF | Richard M. Lovelace, Jr. |
|    RICHARD M. LOVELACE |  |
| P. O. Box 1704 |  |
| Conway, South Carolina  29526 |  |
|  | **/s/    Peter L. Hearn** |
| HEARN, BRITTAIN & MARTIN, P.A. | Peter L. Hearn |
| 1206 Third Avenue |  |
| Conway, South Carolina  29526 |  |
|  | Attorneys for Plaintiff |
|  | Terry Cartrette Tindall |