THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TERRY CARTRETTE TINDALL,** | : | |
| | : | Civil Action |
| Plaintiff, | : | No. 5:10-cv-44 (CAR) |
| v. | : | |
| **H & S HOMES, LLC,** *et al.*, | : | |
| Defendants. | : | |

## ORDER ON OBJECTIONS TO NOTICE OF DEPOSITIONS

Two discovery objections are currently before the Court regarding Plaintiff's noticed depositions of Defendants and Counsel for Defendants. Defendants H&S Homes and Steve Sinclair have filed an objection to the notice of their depositions based on attorney-client privilege and ask the Court to resolve the attorney-client privilege issue before requiring them to answer questions related to potentially privileged communications in a deposition. Non-parties Chamberlain, Hrdlicka, White, Williams & Martin ("Chamberlain Hrdlicka") have also filed a Motion for Protective Order and objection to the notice of their depositions on similar grounds. Among other things, Chamberlain Hrdlicka requests that the Court enter an order deferring the noticed depositions until after the Court has ruled on the issues regarding whether attorney-client privilege may be asserted by these witnesses.

During the September 23, 2010 discovery hearing, Counsel for Plaintiff voluntarily agreed to re-schedule the depositions and otherwise refrain from questioning the deponents about potentially privileged information until the issue of attorney-client privilege, currently under

1

consideration by the Court, has been decided. The Court agrees that this is the proper course. Accordingly, both Defendants' Objection [Doc. 71] and the Non-parties Motion for Protective Order [Doc. 73] are **GRANTED** to the extent that the Court directs that the challenged depositions be deferred, as necessary, until after the privilege issue has been decided. The objecting parties, however, may re-file these and any other objections to the notice of depositions, if necessary, after the Court has ruled on the issue of attorney-client privilege.

It is SO ORDERED this 17th day of November, 2010.

>S/ C. Ashley Royal
>C. ASHLEY ROYAL, JUDGE
>UNITED STATES DISTRICT COURT

jlr