IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRY CARTRETTE TINDALL, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION |
| | : NO. 5:10-cv-44 |
| H & S HOMES, LLC, HORTON HOMES, INC., HORTON INDUSTRIES, INC., N. DUDLEY HORTON, JR., STEVE M. SINCLAIR, BEST VALUE HOUSING, INC., HORTON-AMERICAN PROPERTIES, LLC, TRIANGLE HOMES, LLC, REGAL HOMES, LLC, NEW GENERATION HOMES, LLC, AMERICAN REAL ESTATE INVESTMENT COMPANY, LTD., L.P., THE MAUDE H. HICKS FAMILY TRUST, THE N. D. HORTON REVOCABLE TRUST, and THE ROBERT DUDLEY HORTON TRUST, | : |
| | : |
| Defendants. | : |

## PLAINTIFF TERRY CARTRETTE TINDALL'S REQUEST FOR ORAL HEARING

Pursuant to Local Rule 7.5 of the U. S. District Court for the Middle District of Georgia, Plaintiff, by and through her undersigned counsel of record, hereby requests an oral hearing on each Motion for Summary Judgment and on the Motion for Judgment on Pleadings filed in this case by any party.

WHEREFORE, Plaintiff hereby prays that the Court schedule a hearing on said motions, that the Court inquire into said motions, and that summary judgment be entered in favor of Plaintiff on her motion and against the Defendants on their motions.

So moved this 19th day of May, 2011.

                                               Respectfully submitted,

                                               ***/s/  F. Kennedy Hall***
                                               F. Kennedy Hall
                                               Georgia State Bar No. 318400

P. O. Box 5088
Macon, Georgia 31208-5088

                                               ***/s/  Richard M. Lovelace, Jr.***
LAW OFFICES OF                          Richard M. Lovelace, Jr.
   RICHARD M. LOVELACE
P. O. Box 1704
Conway, South Carolina 29526

                                               ***/s/  Peter L. Hearn***
HEARN, BRITTAIN & MARTIN, P.A.      Peter L. Hearn
1206 Third Avenue
Conway, South Carolina 29526

                                               Attorneys for Plaintiff
                                               Terry Cartrette Tindall

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the foregoing

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS** with

the Clerk of Court using the CM/ECF system which will automatically send email notification of

such filing to the following attorneys of record:

>Jimmy L. Paul, Esq.
>William L. Pratt, Esq.
>CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
>191 Peachtree Street, N.E., 34th Floor
>Atlanta, Georgia 30303
>
>John T. McGoldrick, Jr., Esq.
>MARTIN SNOW, LLP
>240 Third Street
>Macon, Georgia 31201
>
>Duke R. Groover, Esq.
>David J. Grindle, Esq.
>JAMES, BATES, POPE & SPIVEY, LLP
>231 Riverside Drive, Suite 100
>P. O. Box 4283
>Macon, Georgia 31208-4283

This 19th day of May, 2011

/s/   *F. Kennedy Hall*
F. Kennedy Hall